Omid Moezzi (SBN 260145)
Nancy Curry, Chapter 13 Trustee
606 South Olive St, Suite 950
Los Angeles, CA 90014
TEL: (213) 689-3014
FAX: (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE<br><br>ELLA COTTON<br><br><br><br><br><br>                    Debtor | ) **Case No.: 2:11-bk-25255-ER**<br>)<br>) Chapter 13<br>)<br>) **NOTICE OF OBJECTION AND**<br>) **OBJECTION TO DEBTOR'S CLAIM OF**<br>) **EXEMPTION IN REAL AND PERSONAL**<br>) **PROPERTY; MEMORANDUM OF POINTS**<br>) **AND AUTHORITIES; DECLARATION IN**<br>) **SUPPORT THEREOF**<br>)<br>) Date: November 10, 2011<br>) Time: 1:30 p.m.<br>) Ctrm: 1568<br>)        255 E. Temple Street,<br>)        Los Angeles, CA 90015<br>) |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; DEBTOR'S ATTORNEY; AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee will move this Court for an order disallowing the claim of exemption in real and personal property because debtor incorrectly overuses C.C.P. §703.140(b)(1) and (5) exemptions.

This objection will be based upon this notice, the appended Memorandum of Points and Authorities, the supporting

declaration, files and pleadings in this case, and upon such other testimonial and documentary evidence as may be presented before or at the time of the hearing on this objection.

**Pursuant to Local Bankruptcy Rule 9013-1(f), notice is further given that any person opposing this objection shall, not later than fourteen (14) days prior to the above-mentioned hearing date, file with the Court and serve upon the Chapter 13 Trustee, a written statement explaining all reasons in an opposition thereto.**

**Failure to timely file and serve such an opposition may be deemed a waiver of any such opposition.**

**Wherefore**, the Trustee requests that the Court issue an order disallowing the debtor's claim of exemption in the real and personal property and for such other and further relief as the Court may deem just and proper.

Dated: July 1, 2011        Respectfully submitted,

                            /s/ Omid Moezzi
                            Omid Moezzi
                            Attorney for Nancy Curry
                            Chapter 13 Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   STATEMENT OF FACTS**

The debtor filed this case on April 8, 2011. The §341(a) examination was held on June 2, 2011.

Debtor's confirmation hearing is scheduled for February 9, 2012.

Debtor's Schedule A discloses a real property at 3800 Greyburn Ave, Los Angeles, 90008. Debtor's residence has a market value of $270,000.00 with debts secured totaling $230,250.74, in which there is $39,749.26 in equity.

The debtor's personal property schedule discloses that the debtor has ownership interest in the following items of personal property ("Personal Property") and a market value of each item is set forth below:

1. Cash on Hand                $13.00;
2. Citi Bank Checking          $100.00;
3. Household Goods             $2,500.00;
4. Wearing Apparel             $300.00;
5. Various Jewelry             $200.00;
6. 2004 Mercedes C240          $12,000.00;

Schedule C discloses that the debtor exempts the equity in his real property and personal property under §703.140(b)(1) and (5) as set forth below:

| Description of Property | C.C.P. Code | Value of Claimed Exemption |
|---|---|---|
| 3800 Grayburn Ave Los Angeles, CA 90008 | §704.140(b)(1) | $39,719.26 |
| Cash On Hand | §704.140(b)(5) | $13.00 |
| Citi Bank Checking | §704.140(b)(5) | $100.00 |
| 2004 Mercedes C240 | §704.140(b)(2) §704.140(b)(5) | $3,525.00 $8,475.00 |

The debtor's schedules A, and C are attached as <u>Exhibit A</u> and hereinafter incorporated by reference.

**II. ARUGMENT**

    **A.    <u>This Objection is Timely Under F.R.B.P. 4003(b).</u>**

F.R.B.P. 4003(b) provides in part;

> "…A party in interest may file an objection to the list of property claimed as exempt only within 30 days after the meeting of creditors held under § 341(a) is concluded or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. The court may, for cause, extend the time for filing objections if, before the time to object expires, a party in interest files a request for an extension.
>
> The trustee may file an objection to a claim of exemption at any time prior to one year after the closing of the case if the debtor fraudulently asserted the claim of exemption…"

Here, the first §341(a) meeting was held on June 2, 2011.

Therefore, this objection is timely filed under F.R.B.P.4003(b).

    **B.    <u>The Debtor is not Allowed To Claim An Exemption in Real and Personal Property in the Amount Of $48,307.26 Under C.C.P. §703.140(b)(1)and(5) Because Debtor's Claimed Exemption in the Real and Personal Property Exceeds The Statutory Maximum Allowed Under C.C.P. §703.140(b).</u>**

Because California has opted out of the federal exemptions, the debtor is entitled to the exemptions under "... State ... law that is applicable on the date of the filing of the petition ..." <u>11 U.S.C. §552(b)(2)(A).</u>

Under C.C.P. §703.140(b)(1), a debtor is allowed to exempt up to $22,075 of his or her aggregate interest in real or personal property that the debtor or a dependent of the debtor uses as a residence, in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence, or in a burial plot for the debtor or a dependent of the debtor.

The debtor may further exempt his or her aggregate interest in any property in the amount of $1,175 plus any unused amount of the $22,075 residence/burial plot exemption allowed under C.C.P. §703.140(b)(1). C.C.P. §703.140(b)(5).

Presently, this debtor in this matter attempted to exempt $39,719.26 under C.C.P. §703.140(b)(1) for her homestead exemption. As indicated above, the total maximum allowance is $23,250.00. As such, Debtor should be disallowed the amount over the allowance of $16,469.26.

Additionally, because of the equity in Debtor's home exhausts all the available exemptions under C.C.P. §703.140(b)(1) and (5), Debtor should also be disallowed the entire $8,588.00 exemptions asserted on personal property.

**III. CONCLUSION**

Chapter 13 Trustee prays that after a hearing on the objection, an order be made and entered herein disallowing

debtor's claim of exemptions above the statutory limit of $23,250 under C.C.P. §703.140(b)(1) and (5)

Dated: July 1, 2011          Respectfully submitted,

                                    /s/ Omid Moezzi
                                    Omid Moezzi
                                    Attorney for Nancy Curry
                                    Chapter 13 Trustee

## **DECLARATION OF OMID MOEZZI**

I, OMID MOEZZI declare:

1. Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to Chapter 13 Case No. LA 11-25255-ER, Ella Cotton;

2. I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so;

3. The debtor filed this case on April 8, 2011. The §341(a) examination was held on June 2, 2011.

Debtor's confirmation hearing is scheduled for February 9, 2012.

4. Debtor's Schedule A discloses a real property at 3800 Greyburn Ave, Los Angeles, 90008. Debtor's residence has a market value of $270,000.00 with debts secured totaling $230,250.74, in which there is $39,749.26 in equity.

5. The debtor's personal property schedule discloses that the debtor has ownership interest in the following items of personal property ("Personal Property") and a market value of each item is set forth below:

```
1. Cash on Hand                                $13.00;
2. Citi Bank Checking                         $100.00;
3. Household Goods                          $2,500.00;
4. Wearing Apparel                            $300.00;
5. Various Jewelry                            $200.00;
6. 2004 Mercedes C240                      $12,000.00;
```

6. Schedule C discloses that the debtor exempts the equity in his real property and personal property under §703.140(b)(1) and (5) as set forth below:

| Description of Property | C.C.P. Code | Value of Claimed Exemption |
|---|---|---|
| 3800 Grayburn Ave Los Angeles, CA 90008 | §704.140(b)(1) | $39,719.26 |
| Cash On Hand | §704.140(b)(5) | $13.00 |
| Citi Bank Checking | §704.140(b)(5) | $100.00 |
| 2004 Mercedes C240 | §704.140(b)(2) | $3,525.00 |
|  | §704.140(b)(5) | $8,475.00 |

7.   The debtor's schedules A, and C are attached as Exhibit A and hereinafter incorporated by reference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Los Angeles, California on July 1, 2011.

/s/Omid Moezzi
Omid Moezzi

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY CHAPTER13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA 90014

The foregoing document described as **NOTICE OF OBJECTION AND OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION IN REAL AND PERSONAL PROPERTY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   71//11  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Debtor Attorney – Vernon R Yancy**  - yancylaw@sbcglobal.net

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 7/1/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Ella L. Cotton**
3800 Grayburn Avenue
Los Angeles, CA 9000

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  7/1/11 , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ernest Robles
U.S. Bankruptcy Court
Bin outside of Suite 1560
255 E. Temple St
Los Angeles, CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/1/2011 | Carlos Robles | /S/ Carlos Robles |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# EXHIBIT A

B6A (Official Form 6A) (12/07)

In re  **Ella L. Cotton**                              ,   Case No. _____
                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3800 Grayburn Avenue**<br>**Los Angeles, Ca 90008** | **Fee simple** | - | 270,000.00 | 230,280.74 |

|  |  |  |
|---|---|---|
|  | Sub-Total >   **270,000.00** | (Total of this page) |
|  | Total >   **270,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                               Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Ella L. Cotton**, Case No. _____
                            Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash In Hand | - | 13.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citi Bank Checking Account | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and appliances | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal Clothing and wearing apparel | - | 300.00 |
| 7. Furs and jewelry. | | Various jewelry items | - | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                         Sub-Total >   **3,113.00**
                                                                                     (Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Ella L. Cotton**, Case No. _____
               Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >           0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ella L. Cotton**                                           ,  Case No. _____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mercedes C240** | - | 12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **12,000.00** |
| Total > | **15,113.00** |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re **Ella L. Cotton**, Case No. _____
                  Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**3800 Grayburn Avenue**<br>**Los Angeles, Ca 90008** | C.C.P. § 703.140(b)(1) | 39,719.26 | 270,000.00 |
| **Cash on Hand**<br>**Cash In Hand** | C.C.P. § 703.140(b)(5) | 13.00 | 13.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Citi Bank Checking Account** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings**<br>**Household goods and appliances** | C.C.P. § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Wearing Apparel**<br>**Personal Clothing and wearing apparel** | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Furs and Jewelry**<br>**Various jewelry items** | C.C.P. § 703.140(b)(4) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2004 Mercedes C240** | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,525.00<br>8,475.00 | 12,000.00 |
| | Total: | 54,832.26 | 285,113.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt